**CATAFAGO FINI LLP**

*Attorneys at Law*

The Empire State Building
350 Fifth Avenue, Suite 7710
New York, NY 10118

tel: 212-239-9669   fax: 212-239-9688
www.catafagofini.com

August 3, 2017

**VIA ECF**

Honorable Jed S. Rakoff
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   Salazar, et al. v. Malta, et al.., Case No. 1:17-cv-01267
      <u>Defendants' Fairness Letter</u>

Dear Judge Rakoff:

      This office represents Defendants Robert Malta and Westside Tomato, Inc. ("Defendants") in the above referenced matter. We write in response to Plaintiffs' fairness letter filed on August 2, 2017. This is a FLSA minimum wage case, whereby Plaintiffs' alleged that Defendants misappropriated a 5 percent service charge for banquet events despite the undisputed fact that each and every banquet contract allocated and paid a 15 percent gratuity to servers. While we believe the settlement is fair and reasonable, we wish to inform the Court the reasons for the agreed upon damages of $25,000, well below the jurisdictional limit of $75,000.

      Defendants paid their employees above minimum wage. Defendants provided to Plaintiffs several years of banquet contracts, with supporting documentation verifying the amounts.

      As this litigation progressed, the expense of litigating this matter further outweighed the benefit of settling and agreeing to *de minimis* damages. Thus, Defendants settled this case. For the reasons set forth above, we believe the settlement is reasonable and fair.

      We thank the Court for its consideration.

Respectfully submitted,

/s/ Jacques Catafago
Jacques Catafago

cc:   All counsel of record (via ECF)