UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------x

RAMIRO SALAZAR, NYUDLYA MONTYSHEVA,    :
PATRUS BALBINOT, and MARCELO            :    17 Civ. 1267 (JSR)
YASCARIBAY on behalf of themselves      :
and others similarly situated,          :
                                        :
        Plaintiffs,                     :        ORDER
                                        :
        -v-                             :    
                                        :
ROBERT MALTA and WESTSIDE TOMATO,       :
Inc. d/b/a ARTE CAFÉ,                   :
                                        :
        Defendants.                     :

-------------------------------------x

JED S. RAKOFF, U.S.D.J.

    Before the Court is a signed settlement agreement between

Ramiro Salazar, Nyudyla Montysheva, Patrus Balbinot, and Marcelo

Yascaribay, plaintiffs, and Robert Malta and Westside Tomato, Inc.

(d/b/a Arte Café), defendants. See Settlement Agreement filed

August 2, 2017, ECF No. 18. Also before the Court are fairness

letters from counsel to both sides. See Plaintiffs' Fairness Letter

filed August 2, 2017, ECF No. 19; Defendants' Fairness Letter filed

August 3, 2017, ECF No. 20. Upon consideration, the Court finds

that the settlement agreement is fair, reasonable, and adequate

and approves it in its entirety.

    The Clerk of the Court is directed to close the case.

    SO ORDERED.

Dated:    New York, NY
          August 14, 2017                _____
                                         JED S. RAKOFF, U.S.D.J.

1